WILLIAM P. ENRIGHT et al., Respondents, v NATIONWIDE INSURANCE, Appellant. (Appeal No. 1.) [743 NYS2d 914] —Appeal from an order of Supreme Court, Erie County (NeMoyer, J.), entered December 28, 2000, which denied defendant's motion for summary judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). Present—Pigott, Jr., P.J., Pine, Hayes, Wisner and Hurlbutt, JJ.